UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| SOTERO GUTIERREZ-PONCE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL,<br>**Acting Commissioner of the**<br>**Social Security Administration,**<br><br>　　　　　Defendant. | Case No. EDCV 16-1664 AJW<br><br>**J U D G M E N T** |

**IT IS ADJUDGED** that defendant's decision is reversed, and this case is remanded to the Commissioner for further administrative proceedings consistent with the memorandum of decision.

Dated: August 9, 2017

_____
ANDREW J. WISTRICH
United States Magistrate Judge