James Sung Pi, Calif. Bar No. 188880
Law Office of Charles E. Binder
and Harry J. Binder, LLP
Attorneys for Plaintiff
485 Madison Avenue, Suite 501
New York, NY 10022
(212)-677-6801
Fax (646)-273-2196
Fedcourt@binderlawfirm.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SOTERO GUTIERREZ-PONCE, | ) | No.: 16-cv-01664-AJW |
| | ) | |
| Plaintiff, | ) | **~~PROPOSED~~ ORDER AWARDING** |
| | ) | **ATTORNEY FEES UNDER THE** |
| v. | ) | **EQUAL ACCESS TO JUSTICE** |
| | ) | **ACT, PURSUANT TO 28 U.S.C.** |
| NANCY A. BERRYHILL, | ) | **§ 2412(d), AND COSTS, PURSUANT** |
| Acting Commissioner of Social | ) | **TO 28 U.S.C. § 1920** |
| Security, | ) | |
| | ) | |
| Defendant. | ) | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act (EAJA) Fees and Costs, IT IS ORDERED that Plaintiff shall be awarded attorney fees under the EAJA in the amount of THREEE THOUSAND DOLLARS ($3,000.00), and costs under 28 U.S.C. § 1920, in the amount of FOUR HUNDRED DOLLARS ($400.00), subject to the terms of the above-referenced Stipulation, to include the United States Department of the Treasury's

//

//

//

1

Offset Program pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010). Any payment shall be delivered to Plaintiff's counsel.

Dated: October 23, 2017

_____
Andrew J. Wistrich
United States Magistrate Judge